UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

U.S. BANK NATIONAL ASSOCIATION,

                Plaintiff,

     v.

LAURA CASTILLO, et al.,

                Defendants.

CASE NO. C15-0160-MJP

REPORT AND RECOMMENDATION

Defendant Laura Castillo filed an application to proceed *in forma pauperis* (IFP) (Dkt. 8), in this civil matter removed from state court. Defendant indicates she and her spouse earn $5,200.00 per month and have expenses totaling $3,600.00 per month. Considering this information, it appears defendant is not financially eligible for IFP status.[1] Accordingly, the Court recommends that defendant's motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if defendant pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

---

[1] The Court also notes that defendant previously and unsuccessfully sought to remove this matter from state court. *See U.S. Bank National Association v. Castillo*, C14-1350-RAJ.

REPORT AND RECOMMENDATION
PAGE - 1

<u>DEADLINE FOR OBJECTIONS</u>

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **<u>March 13, 2015</u>**.

DATED this <u>24th</u> day of February, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2