UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURA CASTILLO, et al.,<br><br>    Defendants. | CASE NO. C15-0160-MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed defendants' application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' IFP application is DENIED. Defendants are directed to pay the full filing fee of $400 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

(4) The Clerk is directed to send copies of this Order to all parties and to the

ORDER DISMISSING ACTION
PAGE - 1

Honorable Mary Alice Theiler.

DATED this 16th day of March, 2015.

*Marsha J. Pechman*

Marsha J. Pechman
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2